**ATTACHMENT 4**
# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA                    :
                                            :
                vs.                         :          DOCKET NUMBER:        24-CR-20349
                                            :
DAVIS, Reginald                             :

## ORDER

## HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E) PROGRAM

The Court imposes the following special conditions:

   X No alcohol while on supervised release.


   ❑ Judicial reprimand in open court today.
   ❑ Return to the U.S. Courthouse on _____ to observe the following proceedings:
   _____

   ❑ Provide a written _____ -page explanation for noncompliant behavior, as directed.
   ❑ Travel restricted as follows:_____
   ❑ Increased reporting to the probation officer as follows: _____
   ❑ Increased drug testing as follows: _____
   ❑ Participation in drug, alcohol, or mental health treatment.
   ❑ Complete _____ hours community service as directed.
   ❑ Comply with the following curfew restrictions or home confinement: _____
   _____

   ❑ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for
   _____ days.
   ❑ Serve _____ days in jail, to be released on _____
   ❑ Termination from the H.O.P.E Program.
   ❑ Changes in current treatment: _____
   _____


All previously-imposed terms and conditions of your supervised release remain in effect, unless
expressly noted otherwise.

Your next H.O.P.E Program review date is on      September 19, 2024  at  2:00 p.m.
at the U.S. Courthouse in ___the Eastern District of Michigan___

Dated this  _19_  day of_Sep 2024_____

                                        _Tre B_____
                                        United States District Judge